**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Joseph Lewis PULLEN, Sr.,
Defendant—Appellant.**

No. 03–7099.

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 19, 2003.

Decided Feb. 17, 2004.

Joseph Lewis Pullen, Sr., Appellant pro se. Gurney Wingate Grant, II, Office of the United States Attorney, Richmond, Virginia, for Appellee.

Before NIEMEYER and LUTTIG, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Joseph Lewis Pullen, Sr., appeals the district court's order denying his motion to correct sentence and his request for appointment of counsel. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Pullen,* No. CR–01–133 (E.D.Va. July 1, 2003). We deny Pullen's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*